Exhibit "A" to Voluntary Petition

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on March 23, 2010 _____.

    a. Total Assets                                      $980,210.00 .

    b. Total debts (including debts listed in 2.c., below)            $1,301,584.32 .

                                                                        Approximate number of Holders

    c. Debt securities held by more than 500 holders.

| | | | | |
|---|---|---|---|---|
| Secured// | unsecured// | subordinated// | $ N/A | |
| Secured// | unsecured// | Subordinated// | $ N/A | |
| Secured// | unsecured// | Subordinated// | $ N/A | |
| Secured// | unsecured// | subordinated// | $ N/A | |
| Secured// | unsecured// | subordinated// | $ N/A | |

    d. Number of shares preferred stock                  N/A

    e. Number of shares common stock                  N/A

        Comments, if any: _____ None _____

3. Brief description of debtor's business: _____ Farming _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

            None

Exhibit "C" to Voluntary Petition

1.     Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

       None

2.     With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

       None

**In Re:** Peter & Corrine Appleman, **Debtor(s)**          **Case No:** 10-11486

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules, A, B, D, E, F,, I and J in the boxes provided.  Add the amounts from Schedule A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data: if they file a case under Chapter 7, 11 or 13.

| NAME OF SCHEDULE | Attached (Yes or No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $520,000.00 | | |
| B - Personal Property | Yes | 2 | $460,210.00 | | |
| C - Property Claimed Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $1,016,494.84 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Sch. E) | Yes | 2 | | $-0- | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $285,089.48 | |
| G – Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $12,805.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 2 | | | $13,052.38 |
| **Total** | | | $980,210.00 | $1,301,584.32 | |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. §159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.) § 101(8), filing a case under Chapter 7, 11 or 13, you must report all information requested below.

___ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $-0- |
| Taxes and Certain other debts owed to Governmental Units (from Schedule E) (Whether disputed or undisputed) | $-0- |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $-0- |
| Student Loan Obligations (from Schedule E) | $-0- |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $-0- |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $-0- |
| Total | $-0- |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $12,805.00 |
| Average Expenses (from Schedule J, Line 18) | $13,052.38 |
| Current Monthly Income (from Form 22A Line 12; OR Form 22B Line 11; OR, Form 22C Line 20) | $N/A |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "Unsecured Portion, If ANY", column | | $36,284.84 |
| 2.   Total from Schedule E, "Amount Entitled to Priority" column | $-0- | |
| 3.  Total from Schedule E, "Amount Not Entitled to Priority, if Any" column | | $-0- |
| 4.  Total from Schedule F | | $285,089.48 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4. | | $321,374.32 |

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interest in executory contracts and unexpired leases on this Schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Common Address:** S1425 County Road 'D' Cashton, WI 54619  Legal Address: *See Attached* | Homestead/Farm Land *See Attached Appraisal* | | $520,000.00 | 957,494 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL** | | $520,000.00 | 957,494 |

(Report also on Summary of Schedules)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property
In one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C- Property Claimed as Exempt.

Do not list interest in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this Schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION & LOCATION OF PROPERTY | HWJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|---|---|
| 1.Cash on Hand | | | | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives. | | Bank Account @ Bancroft Bank | | $10.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others | X | | | -0- |
| 4.  Household goods and furnishings including audio, video and computer equipment | | Miscellaneous Household Goods | | $2500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles | | Miscellaneous Books & Pictures | | $500.00 |
| 6.  Wearing apparel. | | Husband = $100.00 Wife = $100.00 | | $200.00 |
| 7.  Furs and jewelry. | | Miscellaneous Jewelry | | $500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Two Shotguns & a .22 cal. Rifle | | $200.00 |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each | X | | | -0- |
| 10.  Annuities.  Itemize and name each issuer. | X | | | -0- |
| 11. Interests in IRS, ERISA, Keogh, or other pension or profit sharing plans.  Itemize.. | X | | | -0- |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | -0- |
| 13.  Interest in partnerships or joint ventures. Itemize. | X | | | -0- |
| 14.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | -0- |
| 15.  Accounts receivable. | X | | | -0- |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | -0- |
| 17. Other liquidated debts owing debtor including tax   refunds.  Give particulars. | X | | | -0- |
| 18. Equitable or future interests, life estates, and  rights or powers exercisable for the benefit of the   debtor other than those listed in Schedule of Real Property. | X | | | -0- |

| | | | |
|---|---|---|---|
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | -0- |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims, of the debtor, and rights to setoff claims. Give estimated value of each. | X | | -0- |
| 21. Patents, copyrights and other intellectual property. Give particulars. | X | | -0- |
| 22. Licenses, franchises, and other general intangibles. Give particulars | X | | -0- |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1986 Ford Pick-up = $500.00<br>1998 Grand Prix = $2000.00<br>1999 VW Jetta = $3000.00 | $5500.00 |
| 24. Boats, motors, and accessories | X | | -0- |
| 25. Aircraft and accessories. | X | | -0- |
| 26. Office equipment, furnishings, and supplies. | | Miscellaneous Computers, Chairs, Desks, & Supplies | $500.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | *included in appraisal* | -0- |
| 28. Inventory. | X | | -0- |
| 29. Animals. | | *See Attached Balance Sheet* | $174,800.00 |
| 30. Crops - growing or harvested. Give particulars. | | 800 Tons of Corn Silage @ $35.00 = $28,000.00<br>200 Tons Haylage @ $40.00 = $8000.00<br>40 Tons of Dry Hay @ $100.00 = $4000.00 | $40,000.00 |
| 31. Farming equipment and implements. | | *See Attached Balance Sheet* | $233,400.00 |
| 32. Farm supplies, chemicals, and feed. | | Miscellaneous Chemicals & Supplies | $2000.00 |
| 33. Other personal property of any kind not already listed. Itemize. | X | | -0- |
| | | **TOTAL** | **$460,210.00** |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interest.

List creditors in alphabetical order to the extent practicable.  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.  If any entity other than a spouse in a joint case may be jointly liable on a claim, pace an "X" in the column labeled "Co-debtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Co-debtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J" or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated.".  If the claim is disputed, place an "X" in the column labeled "Disputed" >  (You may need to place an "X" in more than one of these columns.)  Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debtors, report the total form the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITORS NAME AND MAILING ADDRESS | C o d e b t o r | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| Rachel Hanson<br>Vernon County Treasurer<br>PO Box 49<br>Viroqua, WI  54665<br><br>*See Attached* | | | Real Estate Taxes for 2008/2009<br>Value = $520,000.00 | | $7994.33 | -0- |
| Agco Finance<br>8001 Birchwood Court, STE 'C'<br>Johnston, IA  50131 | | | 1ˢᵗ Lien on MF 7495 Tractor<br><br>Value = $80,000.00 | | $62,000.00 | -0- |
| CAT Finance<br>2120 West End Avenue<br>PO Box 340001<br>Nashville, TN  37203-0001 | | | 1ˢᵗ Lien on Skid Steer<br><br>Value = $15,000.00 | | $13,000.00 | -0- |
| Harris Bank, N.A.<br>1000 North Water Street<br>Milwaukee, WI  53202<br><br>*See Attached Mortgage* | | | 1ˢᵗ on All Real Estate, Farm Equipment (except Junior on MF 7495 Tractor, Skid Steer, GEHL HA 1210 Hayhead) , Crops, Animals, Personal Property<br>Value = $980,210.00 | | $471,793.02 | -0- |
| Harris Bank, N.A.<br>1000 North Water Street<br>Milwaukee, WI  53202<br><br>*See Attached Mortgage* | | | 1ˢᵗ on All Real Estate, Farm Equipment, Crops, Animals, Personal Property<br>Value = Same as Above | | $339,632.67 | -0- |

| | | | | | |
|---|---|---|---|---|---|
| Harris Bank, N.A.<br>1000 North Water Street<br>Milwaukee, WI 53202<br><br>*See Attached Mortgage* | | | 1st on All Real Estate, Farm Equipment, Crops, Animals, Personal Property<br>Value = Same as Above | $37,127.42 | -0- |
| Harris Bank, N.A.<br>1000 North Water Street<br>Milwaukee, WI 53202<br><br>*See Attached Mortgage* | | | 1st on All Real Estate, Farm Equipment, Crops, Animals, Personal Property<br>Value = Same as Above | $17,761.40 | -0- |
| Bank of Cashton<br>PO Box 70<br>723 Main Street<br>Cashton, WI 54619<br><br>*See Attached* | | | Junior Lien on All Real Estate, Farm Equipment, Crops, Animals, Personal Property<br>Value = Same as Above | $19,000.00 | $19,000.00 |
| Star Blends<br>3819 Creekside Lane<br>Holmen, WI 54636 | | | Junior Lien on All Real Estate, Farm Equipment, Crops, Animals, Personal Property<br>Value = Same as Above | $48,186.00 | $17,284.84 |
| | | | **TOTAL** | $1,016,494.84 | $36,284.84 |

**Report also on Summary of Schedules**

**In Re:** Peter & Corrine Appleman, **Debtor(s)**     **Case No:** 10-11486

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.).

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "total" on the last sheet of the competed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule D in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under Chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the boxed labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related data.

**X**     Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

### Domestic Support Obligations
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

### Extensions of credit in an involuntary case
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

### Wages, salaries, and commissions
Wages, salaries, and commission, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

### Contributions to employee benefit plans
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

### Certain farmers and fishermen
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

### Deposits by individuals
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

### Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

### Commitments to Maintain the Capital of an Insured DepOsitory Institution
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

### Claims for Death or Personal Injury While Debtor Was Intoxicated
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from suing alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITORS NAME AND MAILING ADDRESS AND ACCOUNT NUMBER | C o d e b t o r | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | C U D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|
| None | | | | | None | None | None |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Sheet no. ____ of ____ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals (Totals of this page) | | None | None | None |
| | | | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules) | | None | None | None |
| | | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data). | | None | None | None |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband", "Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place n "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C o d e b t o r | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Alma Appleman Estate<br>211 Milwaukee Street<br>Westby, WI 54667 | | | | | $19,823.66 |
| Brand X Lumber<br>310 Gilbertson Street<br>Chaseburg, WI 54621 | | | | | $4016.17 |
| Buzzy's<br>214 South Main Street<br>Viroqua, WI 54665 | | | | | Unknown |
| Cashton Vet Clinic<br>406 South Street<br>Cashton, WI 54619 | | | | | $5196.22 |
| Case Credit (CNH Capital)<br>PO Box 1083<br>Evansville, IN 47706 | | | | | $9331.37 |
| Citi Bank Mastercard<br>PO Box 660370<br>Dallas, TX 75266-6000 | | | | | $28,480.46 |
| Discover Card<br>PO Box 6103<br>Carol Stream, IL 60197 | | | | | $15,303.05 |
| Dr. Mary Gajewski<br>100 Melby Street<br>Westby, WI 54667 | | | | | $1624.04 |
| Farm Plan<br>PO Box 4450<br>Carol Stream, IL 60197 | | | | | $30,169.31 |
| Franciscan Skemp<br>700 West Avenue South<br>La Crosse, WI 54601 | | | | | $18,633.89 |

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C o d e b t o r | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Great Lakes/US Bank 2401 International Lane Madison, WI 53704 | | | Student Loan | | $5933.22 |
| Gundersen Lutheran 1836 South Avenue La Crosse, WI 54601 | | | | | Unknown |
| Heartland Country Co-op 405 South Main Street Westby, WI 54667 | | | | | $12,233.21 |
| Jeff Parr S8010 Gilman Road Ferryville, WI 54628 | | | | | $31,389.35 |
| Koon Kreek Feeds PO Box 431 Coon Valley, WI 54623 | | | | | $17,693.28 |
| Mayo Clinic 200 First Street SW Rochester, MN 55905 | | | | | $4000.00 |
| Pederson Electric, LLC E5599 Spring Coulee Rd Coon Valley, WI 54623 | | | | | $3366.00 |
| Portland Implement 20 State Highway 33 Cashton, WI 54619 | | | | | $13,634.10 |
| Scenic Bluffs 238 Front Street Cashton, WI 54619-2002 | | | | | $717.61 |
| Sears PO Box 183082 Columbus, OH 43218 | | | | | $1850.25 |
| Solverson Veterinary Srvs 214 South Main Street Westby, WI 54667 | | | | | $861.50 |
| State Bank of Viroqua (VISA) 101 North Main Street Viroqua, WI 54665-1605 | | | | | $5234.50 |
| Walters Building E18745 Cty. Rd. 'R' Augusta, WI 54722 | | | | | $753.00 |
| MLSNA Dairy Supply 1126 Front Street Cashton, WI 54619 | | | | | $15,261.13 |

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | Co-debtor | Hus/Wif/Joint/Com | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | Contingent/Unliquidated/Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Vernon Crawford DHIA<br>129 Swiggum Road<br>Westby, WI 54667 | | | | | $1106.26 |
| Pinnacle Financial Group<br>1825 Washington Ave<br>STE 310<br>Minneapolis, MN 55439 | | | Collecting for Mayo Clinic | | |
| Tek Collect<br>PO Box 1269<br>Columbus, OH 43216 | | | | | $164.73 |
| Frontier Ag & Turf<br>S3050 U.S. Hwy. 14<br>Westby, WI 54667 | | | | | $1417.07 |
| Credit Bureau Data<br>115 North Street<br>La Crosse, WI 54601 | | | | | $132.14 |
| Elanco Animal Health<br>Department 1146<br>PO Box 121146<br>Dallas, TX 75312-1146 | | | | | $3297.53 |
| Accelerated Genetics<br>E10890 Penny Lane<br>Baraboo, WI 53913-9408 | | | | | $867.52 |
| Mary Appleman<br>S1425 Cty. Rd. 'D'<br>Cashton, WI 54619 | | | | | $9999.99 |
| Leis Farming<br>E11014 Leis Road<br>Cashton, WI 54619 | | | | | $10,003.00 |
| State Collection Service<br>2509 Stoughton Road<br>Madison, WI 53716 | | | Collecting for Franciscan Skemp | | |
| Larry & Mary Lichtie<br>S1260 State Hwy. 162<br>Coon Valley, WI 54623 | | | | | $7575.00 |
| Westby Co-op C.U.<br>501 North Main Street<br>PO Box 70<br>Westby, WI 54667 | | | | | $5020.92 |
| | | | TOTAL | | $285,089.48 |

**In Re:** Peter & Corrine Appleman,   **Debtor(s)**   **Case No:** 10-11486

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State Nature of debtor's interest in contracts, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide The names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the Leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTORS' INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Ronnie & Joyce Clark<br>E10383 McDaniel Road<br>Cashton, WI 54619 | Lease of 169 Acre Farm *includes Buildings & Silos*<br>*See Attached Lease* |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112 Fed. Bankr. P. 1007(m).

X   Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| *None* | |

In Re: Peter & Corrine Appleman,    **Debtor(s)**    **Case No:** 10-11486

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| DEBTOR(S) MARITAL STATUS | DEPENDENTS OF DEBTOR AND SPOUSE | AGE | RELATIONSHIP |
|---|---|---|---|
| *Married* | *1* | *16* | *Daughter* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| OCCUPATION: | *Dairy Farmer* | *General Laborer* |
| NAME OF EMPLOYER: | *Self-Employed* | *Franciscan Skemp* |
| HOW LONG EMPLOYED: | *30 years* | |
| ADDRESS OF EMPLOYER: | *S1425 Cty Hwy D, Cashton, WI* | *700 W Ave. S, La Crosse, WI* |

| INCOME (ESTIMATE OF AVERAGE MONTHLY INCOME) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions: | -0- | *1000* |
| 2. Estimated monthly overtime: | -0- | -0- |
| 3. SUBTOTAL | -0- | *1000* |
| 4. LESS PAYROLL DEDUCTIONS:<br>a. Payroll taxes and social security: | -0- | *190* |
| b. Insurance: | -0- | *10* |
| c. Union Dues: | -0- | -0- |
| d. Other: (Specify) | -0- | -0- |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | -0- | *200* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY: | -0- | *800* |
| 7. Regular income from operation of business or profession or farm: | *12,000* | -0- |
| 8. Income from real property: | -0- | -0- |
| 9. Interest and dividends: | *5* | -0- |
| 10. Alimony, maintenance or support payments payable to the debtor for debtor's use or that of dependents listed above: | -0- | -0- |
| 11. Social security or other government assistance (specify): | -0- | -0- |
| 12. Pension or retirement income: | -0- | -0- |
| 13. Other monthly income (specify): | -0- | -0- |
| 14. Subtotal of Lines 7 through 13 | 12,005 | -0- |
| 15. Average Monthly Income (Add amounts shown on lines 6 and 14) | *12,005* | *800* |
| 16. Combined Average Monthly Income (combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | *$12,805.00* | |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.

*As Hieffers Freshen and Start to Repoppulate Herd & Milk Prices Continue to Rise, Income will Rise Also*

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.
Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.
CHECK IF A JOINT PETITION IS FILED AND DEBTOR'S SPOUSE MAINTAINS A SEPARATE HOUSEHOLD. COMPLETE A SEPARATE SCHEDULE OF EXPENDITURES LABELED "SPOUSE".

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rent for mobile home): <br>     Are real estate taxes included:    NO <br>     Is property insurance included:    NO | *$3320.17* |
| 2. UTILITIES: <br>     a. Electricity and heating fuel: | *$1000.00* |
|     b. Water and sewer: | -0- |
|     c. Telephone: | *$100.00* |
|     d. Other: Cable Television | -0- |
| 3. Home maintenance (repairs and upkeep): | *$150.00* |
| 4. Food: | *$300.00* |
| 5. Clothing: | *$50.00* |
| 6. Laundry and dry cleaning: | -0- |
| 7. Medical and dental expenses: | *$200.00* |
| 8. Transportation (not including car payments): | *$200.00* |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc.: | *$30.00* |
| 10. Charitable contributions: | *$20.00* |
| 11. Insurance (not deducted from wages or included in home mortgage payments: <br>     a. Homeowner's or renter's: | *$600.00* |
|     b. Life: | -0- |
|     c. Health: | -0- |
|     d. Auto: | *$200.00* |
|     e. Other: | -0- |
| 12. Taxes (not deducted from wages or included in home mortgage payments): <br>     Real estate taxes: | *$450.00* |
|     Internal Revenue Service: | *$40.00* |
| 13. Installment payments: (in Chapter 12 and 13 cases, do not list payments to be included in plan: <br>     a. Auto: | -0- |
|     b. Other: *Tractor = $850.00, Skid Steer = $450.00* | *$1300.00* |
| 14. Alimony, maintenance, and support paid to others: | -0- |
| 15. Payments for support of additional dependents not living at your home: | -0- |
| 16. Regular expenses from operation of business, profession, or farm: | *$2000.00* |
| 17. Other: * Chattel Mortgage* | *$3092.21* |
| 18. AVERAGE MONTHLY EXPENSES: (Total line 1-17. Report also on Summary of Schedules and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | *$13,052.38* |
| 19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document: | Restructuring of Debt will Lower Payments |

20. STATEMENT OF MONTHLY NET INCOME
   a.  Average monthly income from Line 15 of Schedule I
   b.  Average monthly expenses from Line 18 above
   c.  Monthly net income (a. minus b.)

   a.  $12,805.00
   b.  $13,052.38
   c.  <$247.38>

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DEBTORS UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR.

We, Peter & Corrine Appleman, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, (total shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information and belief.

DATE: 3-17-2010

DATE:
3-17-2010

S/Peter Appleman
Peter Appleman

S/Corrine Appleman　Corrine Appleman
Corrine Appleman

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the ____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets and that they are true and correct to the best of my knowledge, information and belief.

DATE:

_____

PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY: FINE OF UP TO $500,000 OR IMPRISONMENT FOR UP TO FIVE (5) YEARS OR BOTH. 18 U. S. C. §§ 152 AND 3571.

**UNITED STATES BANKRUPTCY COURT**  Western District of Wisconsin

In Re: Peter & Corrine Appleman,        Debtor(s)        Case No: 10-11486

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under Chapter 12 or Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S. C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must compete Question 19-25. **If the answer to an applicable question is "None", mark the box labeled "None".** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

**DEFINITIONS**

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.

---

**1. Income from employment or operation of business:**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, sate income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source |
|---|---|

*2009 = <$6338.00>*          ***Adjusted Gross Income***
*2008 = (Est.) $-0-*
*2007 = <$45,289.00>*

---

**2. Income other than from employment or operation of business.**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source |
|---|---|

*None*

---

**3. Payments to creditors. Complete a. or b., as appropriate, and c.**

a. Individual or joint debtor(s) with primary consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600.00. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of al alternative repayment schedule under a Plan by an approved nonprofit budgeting and creditor-counseling agency. (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.).

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*Harris Bank – 12/29/2009 = $6409.34*
*Harris Bank – 1/27/2010 = $6409.34*
*Harris Bank – 2/26/2010 = $4885.84*
*Agco Company – 2/16/2010 = $850.00*

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.00. (Married debtors filing under Chapter 12 or Chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING. |
|---|---|---|---|

*None*

c.          All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefits of creditors who are or were insiders. (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
|---|---|---|---|

*None*

---

**4. Suits, and administrative proceedings, executions, garnishments and attachments.**

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Give CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT or AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

*See Attached*

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*None*

---

**5. Repossessions foreclosures, and returns.**
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition ins not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY. |
|---|---|---|

*\*See Attached\**

---

**6. Assignments and receiverships.**
a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OR ASSIGNMENT OR SETTLEMENT |
|---|---|---|

*None*

b. List all property, which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER. | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

*None*

---

**7. Gifts.** List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtor filing under chapter 12 or Chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY, | DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT. |
|---|---|---|

*None*

---

**8. Losses.**
List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

*None*

---

**9. Payments related to debt counseling or bankruptcy.**
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case. NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

*Galen W. Pittman*
*GALEN W. PITTMAN, S.C.*
*300 North 2nd Street, Ste. 210, Post Office Box 668*
*La Crosse, Wisconsin 54602-0668*
*(608) 784-0841          Paid a Retainer of $2500.00*

*Credit Counseling = $150.00*

---

**10. Other transfers.**
a. List all property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR, DATE, and DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED

*None Other than the Ordinary Course of Business*

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar devise of which the debtor is a beneficiary.

| Name of Trust or Other Device | Date(s) of Transfer(s) | Amount of money or description and value of property or debtor's interest in property |
|---|---|---|

*None*

**11. Closed financial accounts.**
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor, which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) **Give NAME AND ADDRESS OF INSTITUTION, TYPE OF ACCOUNT, LAST 4 DIGITS OF ACCT. NUMBER AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE OR CLOSING.**

*None*

**12. Safe deposit boxes.**
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) **Give NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.**

*None*

**13. Setoffs.**
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is to filed.) **Give NAME AND ADDRESS OR CREDITOR, DATE OF SETOFF and AMOUNT OF SETOFF.**

*None*

**14. Property held for another person.**
List all property owned by another person that the debtor holds or controls. **Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF PROPERTY and LOCATION OF PROPERTY.**

*None*

**15. Prior address of debtor.**
If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises, which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse. **Give ADDRESS, NAME USED and DATES OF OCCUPANCY.**

*None*

**16.Spouses and Former Spouses**
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

*None*

**17. Environmental Information**
For the purpose of this question, the following definitions apply:

"Environmental law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into their, land, soil surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant,       or contaminant or similar term under an Environmental Law.

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice and if know, the environmental Law:

**SITE NAME AND ADDRESS          NAME AND ADDRESS OF GOVERNMENTAL UNIT          DATE OF NOTICE          ENVIRONMENTAL LAW**

*None*

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

**SITE NAME AND ADDRESS          NAME AND ADDRESS OF GOVERNMENTAL UNIT          DATE OF NOTICE          ENVIRONMENTAL LAW**

*None*

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**NAME AND ADDRESS OF GOVERNMENTAL UNIT          DOCKET NUMBER          STATUS OR DISPOSITION**

*None*

**18. Nature, location and name of business.**
   **a.** If the debtor is an individual, list the names and addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full-or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

   If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

   If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six year immediately preceding the commencement of this case.

| Name | Last Four digits of SS#/ Complete EIN or Other Taxpayer I.D. No. | Address | Nature of Business | Beginning and Ending Dates |
|---|---|---|---|---|

**Peter Appleman - #39-1425461 – S1425 County Road D, Cashton, WI  54619 – Dairy Farm – 1980 - Present**

   **b.** Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101

| Name | Address |
|---|---|

*None*

*The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, or a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full-or part-time.*

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records, and financial statements.**
**a.**   List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.
                 **NAME AND ADDRESS and DATES SERVICES RENDERED.**

*Debtor*
*/Mathison's Tax Service – S1762 State Road 162, Chaseburg, WI  54621*

**b.**List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

*None*

**c.** List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| Name | Address |
|---|---|

*\*Same as #19.a. \**

**d.** List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME | ADDRESS | DATE ISSUED. |
|---|---|---|

*None*

**20. Inventories.**
**a.**List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR, | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

*None*

**b.**List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS. |
|---|---|

*None*

**21. Current partners, officers, directors and shareholders.**
**a.**If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

*None*

**b.**If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

*None*

**22. Former partners, officers, directors and shareholders.**
**a.**If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

*None*

**b.If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.**

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

*None*

**23. Withdrawals from a partnership or distributions by a corporation.**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other prerequisite during one year immediately preceding the commencement of this case.

NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR, DATE AND PURPOSE OF WITHDRAWAL, and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

*None*

**24. Tax Consolidation Group.**

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-years immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

*None*

**25.  Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-years immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

*None*

---

*(If completed by an individual or individual and spouse)*    I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| 03/17/2010 | S/Peter Appleman | 3-17- 2010 | Corrine Appleman |
|---|---|---|---|
| Date | Peter Appleman, Debtor | Date | S/Corrine Appleman |
| | | | Corrine Appleman, Debtor |

*(f completed on behalf of a partnership or corporation)* I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they re true and correct to the best of my knowledge, information and belief.

| | | |
|---|---|---|
| Date | Signature | Print Name and Title |

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U. S. C. §§152 and 3571.

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

_____ Continuation sheets attached

Penalty for making a false statement: Fine of up to $500,000.00 or imprisonment for up to 5 year, or both. 18 U.S.C. §§152 and 3571