1. RESULTS OF CH. 12 341 MEETING   APPLEMAN   Case # 10-11486-12

__Yes__ Debtor examined

__yes__ Debtor eligible for Chapter 12

__NO__ Supplement to Statement of Affairs for a Debtor Engaged in Business provided

__NO__ Summary of Operations Report provided (copy attached) _____
Summary appears reasonably complete and accurate _____

__NO__ Liquidation Analysis provided _____

__No__ Statement of Income and Expenditures examined _____
Statement appears reasonably accurate _____

__No__ Debtor to revise Summary of Operations and submit by _____

_____ Debtor to revise Statement of Income & Expenditures and submit by _____

__YES__ Debtor instructed re Monthly/Quarterly Operating Reports **Ltr sent 3/10/10 & 1st quarterly report due by 6/15/2010.**

__Yes__ Debtor instructed re Starting New Books, Bank Accounts, Duties, & Limitation on Actions

_____ As of the effective date of the plan, the value of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim under chapter 7 of Title 11, USC on such date?

__NO__ Proof of Insurance supplied. _____

__NO__ Previous Three Year's taxes provided **only 2009 returns provided.**

__??__ Attorney's fees paid to date. Terms on balance of fees **UNKNOWN; NO DISCLOSURE OF FEES FORM WAS FILED**

__Yes__ Will a milk check or other assignment be used to make plan payments?
If so, indicate party and address: Grassland Dairy, Greenwood, WI

2. GENERAL COMMENTS

   A. Was debtor informed that failure to cooperate with trustee, or United States Trustee, or to submit required reports can result in dismissal or possible conversion to Chapter 7 liquidation? YES ✓ NO ____

   B. Was liquidation analysis available? YES ____ NO ✓ If so, attach copy. If not, was debtor alerted to need for liquidation analysis at confirmation hearing? OK

   C. Was debtor alerted to need to obtain appraisals of real and personal property? If so, attach copy. If not, was debtor alerted to need to obtain appraisals? YES ✓ NO ____

   D. When will plan be filed? Prior to Due Date

_4-22-10_    _William A. Chatterton_
Dated        William A. Chatterton, Standing Chapter 12 Trustee