IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

In re:

Peter James Appleman and
Corrine Gay Appleman,             Case No. 10-11486-tsu
                                   (Chapter 12)
                Debtors.
_____

**NOTICE OF APPEARANCE AND DEMAND TO RECEIVE ALL NOTICES**
_____

      **PLEASE TAKE NOTICE** that Daniel J. McGarry and Whyte Hirschboeck Dudek S.C. hereby appears as counsel on behalf of and represents, **HARRIS N.A.** in the above-captioned Chapter 12 proceeding.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to Section 342 of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Harris Bank N.A. requests that copies of all notices and pleadings given or filed in the Chapter 12 proceeding be served upon the undersigned at the following address, telephone number, facsimile number and e-mail address:

                          Daniel J. McGarry, Esq.
                       Whyte Hirschboeck Dudek S.C.
                       33 East Main Street, Suite 300
                         Madison, WI 53703-4655
                         Telephone: (608) 234-6046
                         Facsimile: (608) 258-7138
                         Email: dmcgarry@whdlaw.com

and that the above-named be added to any mailing matrix which may be on file with the Clerk in the Chapter 12 proceeding, all pursuant to Rules 2002(g), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure.

Dated at Madison, Wisconsin, this 3rd day of May, 2010.

>Respectfully submitted,
>
>  /s/ Daniel J. McGarry
> Daniel J. McGarry
> State Bar No.1052213
> Counsel for Harris N.A.

<u>Of Counsel:</u>

Daniel J. McGarry
WHYTE HIRSCHBOECK DUDEK S.C.
33 East Main Street, Suite 300
Madison, WI 53703-4655
Telephone: (608) 234-6046
Facsimile: (608) 258-7138
Email: dmcgarry@whdlaw.com